Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
MJ 24-06166
2024 OCT -8 AM 8:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ash

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  PLAINTIFF  V.  Ibrahim, Alhuseini Ameen  USMS#  DEFENDANT | CASE NUMBER:  REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/7/2024 at 9:00 ☐ AM ☒ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   15 U.S.C 78j(b), 78ff ; 17 C.F.R. 240.10b-5

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: ___

7. Year of Birth: 1973

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: Jeff Spitz  Phone Number: 424-273-1126

9. Name of Pretrial Services Officer notified: ___

10. Remarks (if any): ___

11. Name: Richard Higgins  (please print)

12. Office Phone Number: 202-714-7026

13. Agency: FBI

14. Signature: Richard Higgins

15. Date: 10/7/2024

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION