## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>IBRAHIM AMEEN ALHUSSEINI<br><br>DEFENDANT. | ☑ LA  ☐ RS  ☐ SA    DATE FILED: 10/8/2024<br>CASE NUMBER: 2:24-mj-06166-DUTY  ☐ Under Seal<br>INIT. APP. DATE: 10/8/2024    TIME: 1:30 PM<br>CHARGING DOC: Local Complaint<br>DEFENDANT STATUS: In Custody<br>☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT<br>VIOLATION: 15:78<br>COURTSMART/REPORTER: CS: 10/08/24 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Alka Sagar | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:  Alma Felix _____  Nisha Chandran _____  _____
  *Deputy Clerk*                 *Assistant U.S. Attorney*              *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☑ preliminary hearing  OR  ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: ~~Jeffrey Spitz~~ Ronald L Cheng  ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
  Ordered (see separate order)  ☑ Special appearance by: Ronald Cheng

☑ Government's request for detention is:  ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained ~~(see separate order)~~

☐ BAIL FIXED AT $ _____  (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.     ☐ Class B Misdemeanor     ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**     ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 11:30 AM in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights.  ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____

  ☐ Warrant of removal and final commitment are ordered stayed until _____.

☑ Case continued to (Date) 10/10/24     (Time) 1:30  ☐ AM / ☑ PM

☐ Type of Hearing: Detention Hearing     Before Judge  Sagar     /Duty Magistrate Judge.
  Proceedings will be held in the ☑ Duty Courtroom  640/Roybal     ☐ Judge's Courtroom

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☑ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).

☐ Other: _____

*RECEIVED:* ☑ PSA ☐ ~~PROBATION~~ ☐ FINANCIAL ☑ CR-10     ☑ READY     Deputy Clerk Initials AF
: 06

M-5 (10/23)          CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1