# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. **MJ24-06166**          CourtSmart **CS: 10/10/24**          Date: **October 10, 2024**

Present: The Honorable **Alka Sagar**, U.S. Magistrate Judge

**Alma Felix** — Deputy Clerk
**Nisha Chandran** — Assistant U.S. Attorney
_____ — Interpreter / Language

USA v. **Ibrahim Ameen Alhusseini**
Reg No. **40226-511**
☒ Present   ☒ Custody   ☐ Bond   ☐ Not present

Attorney Present for Defendant:
**Ronald L. Cheng, Aaron S. Dyer & Arturo Nava**
☒ Present   ☒ CJA   ☒ Retd   ☐ DFPD   ☐ Not present

**PROCEEDINGS: DETENTION HEARING**          ☐ Contested detention hearing is held.

- ☒ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☒ CONTINUED
- ☐ Witnesses CST (see separate list).     ☐ Exhibits Marked/Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Counsel stipulation to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☐ **Court sets bail at: $** _____.    ☒ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____.
- ☒ Court orders case continued to **October 16, 2024** at **10:30** ☒a.m. / ☐p.m. for **Detention Hearing**, in Courtroom **540 / Roybal** before Judge **Alka Sagar, United States Magistrate Judge**.
- ☐ Release Order Issued - Release No. _____.
- ☒ Other: **Detention hearing was not held - continued.**

**PROCEEDINGS:**     ☐ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
                     ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is: ☐ GRANTED  ☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to**  ☐ **set at: $** _____
- ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
- ☐ Bond previously set is ordered vacated.
- ☐ Court orders defendant permanently detained. See separate order.
- ☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
- ☐ Witnesses CST (see separate list).    ☐ Exhibits Marked / Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____.
- ☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
- ☐ Other _____

Release Order Issued - Release No. _____                  : **04**

Deputy Clerk Initials **AF**

M-46 (10/21)   MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING