E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
Chief, Corporate and Securities Fraud Strike Force
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Corporate and Securities Fraud Strike Force
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2429
    Facsimile: (213) 894-0241
    Email:   Nisha.Chandran@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
ADAM L.D. STEMPEL (D.C. Bar No. 1615015)
Trial Attorneys, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, NW
    Washington, DC 20530
    Telephone: (202) 514-5799
    Facsimile: (202) 514-3708
    E-mail:   Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-MJ-06166-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING FILING DATE FOR INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| IBRAHIM AMEEN ALHUSSEINI, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for Continuance of Filing Date for Information or Indictment Pursuant to Speedy Trial Act, filed by the parties in this matter on

October 31, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the deadline to file an indictment or information, as well as the date for post-indictment arraignment, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the return of an indictment or filing of an information within the original thirty-day period; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant adequate representation and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The date that any indictment or information in this matter must be filed is continued from November 6, 2024, to December 6, 2024.  The post-indictment arraignment is continued to December 10, 2024.

2.   The time period of October 30, 2024, to December 6, 2024, inclusive, is excluded in computing the time within which an information or indictment must be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (B)(iii), and (B)(iv).

3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or

indictment must be filed.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which an information or indictment must be filed.

    IT IS SO ORDERED.

_____    _____
 DATE                                        HONORABLE JACQUELINE CHOOLJIAN
                                              UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
_____
NISHA CHANDRAN
Assistant United States Attorney