# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | MJ24-6166 |
| Ibrahim Ameen Alhusseini | DEFENDANT | **WAIVER OF INDICTMENT** |

I, _____Ibrahim Ameen Alhusseini_____, the above-named defendant, who is accused of Manipulative and Deceptive Devices and Employment of Manipulative and Deceptive De, in violation of _____15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive ~~in open court~~ on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

10/31/24
Date

Ibrahim AlHusseini
Defendant

10/21/24
Date

Counsel for Defendant

Date

Before: Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date

Interpreter

CR-57 (06/14)    **WAIVER OF INDICTMENT**