1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RONALD L. CHENG (138892)
2  ronald.cheng@pillsburylaw.com
   AARON S. DYER (161798)
3  aaron.dyer@pillsburylaw.com
   REBECCA M. LEE (312039)
4  rebecca.lee@pillsburylaw.com
   725 South Figueroa Street, Suite 3600
5  Los Angeles, CA 90017-5524
   Telephone:  213.488.7100
6  Facsimile:   213.629.1033

7  Attorneys for Defendant
   IBRAHIM AMEEN ALHUSSEINI
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | United States of America | Case No. MJ24-6166 |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION FOR MODIFICATION OF BOND ORDER** |
| 14 | vs. | |
| 15 | Ibrahim Ameen AlHusseini | |
| 16 | Defendant. | Trial Date:  Not Set |

17

18

19
        The defendant, IBRAHIM AMEEN ALHUSSEINI, through his counsel of
20
   record, Aaron S. Dyer, Ronald L. Cheng, and Rebecca M. Lee, Esqs., is filing a
21
   stipulation for modification of the original bond order issued by this Court on
22
   Monday, October 21, 2024.
23
        The following are the items which we request to be amended in the bond order:
24
   - The surety contact listed at section 3.b.7 as "Wea Nichols," who is
25
     posting $250,000.00, should be included with her given name
26     "Winifred Nichols."

27

28
                                    -1-

- The surety listed at section 3.c.1 (3616 Camp Creek Road, Springfield, OR 97678), signed by Lekha Singh, will be signed in the amount of $425,000.00, will be replaced 89060 Old Mohawk Road, Springfield, OR 97478.

- Listed under additional properties, the property listed at item (2), address 4476 West Avenue 42, Los Angeles, CA 90065 will no longer be included in the surety bond.

- Listed under additional properties, the property listed at item (3), address 1672 Sandy Lily Dr., Golden, CO 80401, will be signed by Julie Preger for the amount of $125,000.00.

- Listed under additional properties, the property listed at item (4), property located outside state of California to be signed by responsible 3rd party approved by the government for the amount of $800,000, will be satisfied by the property located at 1001 Cooper Ave., Unit 5, Aspen, CO 81611, which is owned by LIB, LLC and will be signed for by Melony Lewis.

- An additional property owned by JoDene Evans, located at 757 Palms Boulevard, Venice, CA 90291, will be signed for $625,000.00. Denmark West listed at 3.b.1 will no longer be posting $25,000.00 and should be deleted.

- Lekha Singh currently listed at 3.b.4 to post $275,000.00 should be increased to $300,000.00.

- Modify the terms of the bond such that defendant can be released since appraisals of the following two properties have confirmed that their appraised values are in excess of the amount that will be posted:

    - 89060 Old Mohawk Road, Springfield, OR 97478, which has a confirmed appraised value of approximately $1,257,832 and will be signed for the amount of $425,000.00

    - 1001 Cooper Ave., Unit 5, Aspen, CO 81611, which has a confirmed appraised value of $6,000,000.00 and will be signed for the amount of $800,000.00.

1  This stipulation is supported by attached declarations of each surety.

2  Given that the terms of the bond as modified would be met with approval of this

3  Stipulation, Defendant requests his release forthwith this Court's approval of such

4  modification. This shall be provided to Pretrial Services Officer Connie Weng at

5  Connie_Weng@cacp.uscourts.gov.

Dated: 11/08/2024         PILLSBURY WINTHROP SHAW PITTMAN LLP

                          /s/ Aaron S. Dyer
                    By:   AARON S. DYER
                          RONALD L. CHENG
                          REBECCA M, LEE

                          Attorneys for Defendant
                          IBRAHIM AMEEN ALHUSSEINI


Dated: 11/08/2024         E. MARTIN ESTRADA
                          UNITED STATES ATTORNEY
                          MACK E. JENKINS
                          ASSISTANT UNITED STATES ATTORNEY
                          CHIEF, CRIMINAL DIVISION
                          GLENN S. LEON
                          CHIEF, FRAUD SECTION
                          U.S. DEPARTMENT OF JUSTICE


                          /s/ Nisha Chandran
                    By:   BRETT A. SAGEL
                          NISHA CHANDRAN
                          Assistant United States Attorneys
                          THEODORE M. KNELLER
                          ADAM L.D. STEMPEL
                          Trial Attorneys, Fraud Section
                          U.S. Department of Justice

                          Attorneys for Plaintiff
                          UNITED STATES OF AMERICA