PILLSBURY WINTHROP SHAW PITTMAN LLP
RONALD L. CHENG (138892)
ronald.cheng@pillsburylaw.com
AARON S. DYER (161798)
aaron.dyer@pillsburylaw.com
REBECCA M. LEE (312039)
rebecca.lee@pillsburylaw.com
725 South Figueroa Street, Suite 3600
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033

Attorneys for Defendant
Ibrahim Ameen Alhusseini

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

Plaintiff,

vs.

Ibrahim Ameen Alhusseini

Defendant.

Case No. MJ24-6166

**[*PROPOSED*] ORDER GRANTING JOINT STIPULATION FOR MODIFICATION OF BOND ORDER**

*[Filed concurrently with Joint Stipulation for Modification of Bond Order; Declarations of Sureties]*

Trial Date: Not Set

Pending before the Court is the Joint Stipulation for Modification of Bond Order ("Joint Stipulation") filed by Defendant Ibrahim Ameen AlHusseini ("Defendant"). Having considered the Joint Stipulation and supporting documents, and for good cause shown, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED.

**IT IS SO ORDERED.**

Dated:

Hon. Alka Sagar
United States Magistrate Judge