1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RONALD L. CHENG (138892)
2  ronald.cheng@pillsburylaw.com
   AARON S. DYER (161798)
3  aaron.dyer@pillsburylaw.com
   REBECCA M. LEE (312039)
4  rebecca.lee@pillsburylaw.com
   725 South Figueroa Street, Suite 3600
5  Los Angeles, CA 90017-5524
   Telephone:  213.488.7100
6  Facsimile:   213.629.1033

7  Attorneys for Defendant
   Ibrahim Ameen AlHusseini

8
                    **UNITED STATES DISTRICT COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA**
10

11

12  UNITED STATES OF AMERICA,               Case No. MJ24-6166

13           Plaintiff,                     **DECLARATION OF RONALD L. CHENG REGARDING SURRENDER OF FIREARM PURSUANT TO COURT'S BOND ORDER**

14       vs.

15  IBRAHIM AMEEN ALHUSSEINI,

16           Defendant.                     *[Filed concurrently with Joint Stipulation for Modification of Bond Order; Declarations of Sureties]*

17
                                            Trial Date:  Not Set
18

-1-

DECLARATION OF RONALD L. CHENG RE FIREARM
Case No: MJ24-6166

## DECLARATION OF RONALD L. CHENG

I, Ronald L. Cheng, make the following declaration:

1. I am over the age of 18 years, of sound mind, and competent to testify in this matter. Unless otherwise indicated, I make the statements in this declaration based on my personal knowledge of the facts set forth herein, and if sworn, I could and would competently testify to them. I am a partner at Pillsbury Winthrop Shaw Pittman LLP and one of the attorneys representing Defendant Ibrahim Ameen AlHusseini ("Defendant") in this present action brought by Plaintiff United States Attorney's Office ("Plaintiff"). I am an attorney admitted to practice in the courts of the State of California and this District Court. I make this declaration, in support of the Joint Stipulation for Modification of Bond Order ("Joint Stipulation").

2. On Monday, October 21, 2024, the Court set conditions of release and an appearance bond for Mr. Alhusseini. (Dkt. 15.)

3. On November 12, 2024, Defendant submitted a Joint Stipulation for Modification of Bond Order on behalf of both parties. (Dkt. 24.)

4. Under "other conditions" of the appearance bond, are to "Surrender any such firearm to a responsible third party and provide proof to Pretrial Services."

5. In satisfaction of this term, Mr. AlHusseini's assistant, Christian Chavez, surrendered Mr. AlHusseini's only firearm to the armory Modern Warrior Gunsmithing LLC, located at 11276 Washington Place, Culver City, CA 90230 on October 29, 2024. A true and correct receipt of this surrender is attached as **Exhibit A**.

//
//

6. On that same day, my colleague Rebecca Lee, Esq., submitted proof of this surrender of firearm to Pretrial Officer Connie Weng via email. A true and correct copy of this correspondence is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 12th day of November, 2024, at Los Angeles, California.

                                      */s/ Ronald L. Cheng*
                                        Ronald L. Cheng

# EXHIBIT A



Modern Warrior Gunsmithing LLC
11276 Washington Place
Culver City, CA 90230
(855) MWG-1911
ModernWarriorGuns.com

# Work Order

Project No: P4529  Box #:
Order Date: 10/29/2024   0

Handgun/Taurus/PT 24/7 PRO/9mm
Serial #: TA043138
Number of Mags: 0
Bag Type:   Bag?: No

Chavez p, Christian
4040 W 2St Street
Los Angeles CA 90018
(213) 446-5466
christian@husseini.com

### Services

| Qty | Services | Rate | Sub-service Fee | Sub-service Selections | Notes | Discount | Total |
|---|---|---|---|---|---|---|---|
| 1 | Handgun Storage - Monthly | $125.00 | $0.00 | | | $0.00 | $125.00 |

Service Total: $125.00

### Parts

| Qty | Part | Unit Price | Discount | Tax | Part Total | Notes | Status |
|---|---|---|---|---|---|---|---|

Parts Total: $0.00

**Notes:**
Client is in prison Contact Christian after month is over

Total: $125.00
Discount: $0.00
Total Paid: $0.00

**Outstanding Balance:** **$125.00**

Client understands that Modern Warrior Gunsmithing (hereinafter "MWG") is performing custom work, which is often reliant on ordering parts from external sources. These external sources as well as the pure custom nature may present unforeseen delays in completing client's project. As such, completion dates set forth herein are meant only as an estimate and are in no way meant to be a guaranteed date of completion. In addition, the end result of client's project will be based not only on the client's description of the project, but also the artistic interpretation of that description by MWG. Because of the highly custom nature of the work performed by MWG on Client's behalf, client hereby acknowledges and agrees that there can be no refunds, returns or exchanges for any reason whatsoever.

Expected Completion Date:   Signature:    Date: 10/29/2024

# EXHIBIT B

| | |
|---|---|
| **From:** | Lee, Rebecca M. |
| **To:** | Connie Weng |
| **Cc:** | Dyer, Aaron S.; Cheng, Ronald L.; Moreno, Helen |
| **Subject:** | RE: Ibrahim Ameen Alhusseini 2:24-mj-06166 |
| **Date:** | Tuesday, October 29, 2024 2:21:29 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | Fire Arm Surrender.pdf |
| | U.S. Passport Surrender.pdf |
| | Saudi Arabia Passport Surrender.pdf |

Hi Officer Weng,

I am writing to let you know that Ibrahim has surrendered both of his passports and his firearm. The receipts for his surrender of the two passports and his firearm are attached to this email.

Please let me know if you have any questions.

Thank you,
Rebecca

**From:** Connie Weng <Connie_Weng@cacp.uscourts.gov>
**Sent:** Monday, October 28, 2024 10:39 AM
**To:** Lee, Rebecca M. <rebecca.lee@pillsburylaw.com>
**Cc:** Dyer, Aaron S. <aaron.dyer@pillsburylaw.com>; Cheng, Ronald L. <ronald.cheng@pillsburylaw.com>
**Subject:** RE: Ibrahim Ameen Alhusseini 2:24-mj-06166

Hi Ms. Lee,

Thank you for the update. Please let me know if you need anything additional.

Thanks,

Connie



CONNIE WENG
U.S. PROBATION AND PRETRIAL SERVICES OFFICER
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL PROBATION OFFICE
300 North Los Angeles Street
Los Angeles, CA 90012-3308
Office: (213) 894-2631   Mobile: (213) 598-7115   Fax: (626) 404-0192
Email: Connie_Weng@cacp.uscourts.gov

**From:** Lee, Rebecca M. <rebecca.lee@pillsburylaw.com>
**Sent:** Monday, October 28, 2024 9:59 AM
**To:** Connie Weng <Connie_Weng@cacp.uscourts.gov>
**Cc:** Dyer, Aaron S. <aaron.dyer@pillsburylaw.com>; Cheng, Ronald L. <ronald.cheng@pillsburylaw.com>

**Subject:** Ibrahim Ameen Alhusseini 2:24-mj-06166

**CAUTION - EXTERNAL:**

Hi Officer Weng,

Thanks for speaking with me this morning and confirming that you are now assigned to Ibrahim's case and that Officer Dalayna Ecklund is no longer our contact. As we discussed, we are working to surrender Ibrahim's passports and his firearm.

Ibrahim's assistant will be dropping the passports off at Suite 1410 at Roybal either later today or tomorrow. He will expect to receive a receipt after dropping the passports off.

Ibrahim will surrender his gun at a local armory, receive a receipt from the armory, and I will email you the receipt at this address.

Thank you,
Rebecca


**Rebecca M. Lee** | Counsel
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor | Los Angeles, CA 90017-5524
t +1.213.488.7208
rebecca.lee@pillsburylaw.com | website bio

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES
MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH
SACRAMENTO  SAN DIEGO  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.