*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT

OCT 28 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

PACTS No: 9356373

**Passport Receipt**

Defendant Name: **Alhusseini, Ibrahim Ameen**

Name on passport, if different: **Alhusseini, Ibrahim Ameen M.**

Country of Origin: Kingdom of Saudi Arabia

Passport Book Number: AU09284

Date passport issued: 01/22/24

Expiration date of passport: 10/04/33

Ordered by the court in the Central District of California or

Docket Number: **0973 2:24-06166M-1**

U.S. Probation & Pretrial Services
Roybal

Christian Chevez
Surrendered By

10/28/24
Date

Lilia Flores
Received By

10/28/24
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)