# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive

Natasha Alexander-Mingo
Chief Probation and Pretrial Services Officer

October 30, 2024

**FILED**
CLERK, U.S. DISTRICT COURT
OCT 30 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

To: Criminal Intake, Clerk's Office

From: Connie Weng
U.S. Probation & Pretrial Services Officer
213-894-2631

Re: Ibrahim Ameen Alhusseini
Docket Number: 2:24MJ06166-001

Charge: 17 C.F.R. 240.10b-5: Employment of Manipulative and Deceptive Devices

On October 8, 2024, the defendant appeared before the Honorable Alka Sagar, United States Magistrate Judge for his initial appearance and was detained pending a detention hearing. On October 10, 2024, the defendant appeared before the Honorable Alka Sagar for a detention hearing. On that date, the detention hearing was continued to today's date. On October 16, 2024, the defendant appeared before Your Honor for a detention hearing. On that date, the detention hearing was continued to October 21, 2024. On that date, the defendant was ordered released with the following bond condition: Do not possess any firearms, ammunition, destructive devices, or other dangerous weapon. Surrender any such item as directed by Supervising Agency by prior to release and provide proof to Supervising Agency.

On October 29, 2024, Pretrial Services received documentation from defense counsel confirming the defendant's firearm was surrendered to a local gun store and no longer in the defendant's possession.

The defendant has satisfied this condition as directed.

If you have any questions, please contact the above listed officer.

Thank you.