MANATT, PHELPS & PHILLIPS, LLP
NAEUN RIM (Bar No. 263558)
NRim@manatt.com
ANDREW BESHAI (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
RANDY S. GROSSMAN (Bar No. 177890)
RGrossman@manatt.com
12730 High Bluff Dr, Suite 300
San Diego, CA 92130
Telephone:  (619) 205-8510

Attorneys for Defendant
IBRAHIM AMEEN ALHUSSEINI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>  Plaintiff,<br><br>  vs.<br><br>Ibrahim Ameen AlHusseini<br><br>  Defendant. | Case No. 2:24-MJ-06166<br><br>**DECLARATION OF NAEUN RIM RE: DEFENDANT'S SURRENDER OF FIREARM**<br><br>Trial Date:    Not Set |

# DECLARATION OF NAEUN RIM

I, Naeun Rim, declare as follows:

1. I am a partner at Manatt, Phelps & Phillips LLP and counsel for Ibrahim Ameen AlHusseini, defendant in this case. I have personal knowledge of the following facts, and if called as a witness in this action, I could and would testify competently thereto.

2. On November 18, 2024, Mr. AlHusseini surrendered his firearm to the Los Angeles Police Department.

3. Attached as **Exhibit 1** is a true and correct copy of the receipt Mr. AlHusseini received from the Los Angeles Police Department, reflecting his firearm surrender.

Dated: November 19, 2024        By: */s/ Naeun Rim*
                                    Naeun Rim