Recommend: ☒ Approval   ☐ Disapproval
*(if disapproval is checked, please complete the bottom of page 2)*

☒ Sufficient amount of equity
☒ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☒ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On  11/12/2024         x2429
      Date              Extension

By: Nisha Chandran
    *Assistant U.S. Attorney*
Signature: _____

FILED
CLERK, U.S. DISTRICT COURT
NOV 26 2024
CENTRAL DISTRICT OF CALIFORNIA
BY VV DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | MJ24-6166 |
| v. | |
| Ibrahim Ameen Alhusseini | |
| DEFENDANT(S). | **AFFIDAVIT OF SURETY(IES) (PROPERTY)** |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in 757 Palms Boulevard, Venice, CA 90291 (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 625,000.00 ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*

*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                                                                                  Page 1 of 2

Address and description of property: 757 Palms Blvd Venice CA 90291
LOT 29 OF BLOCK 5 OF VENICE PARK TRACT AS PER MAP RECORDED IN BOOK 5, PAGE 187 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNY, CALIFORNIA.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

Jodie Evans, Trustee of the Jodie Evans Living Trust created under Declaration of Trust dated 2/1/08
**Print Name of Surety**

757 Palms Blvd
**Address of Surety**

X X X - X X - 6542
**Social Security Number** *(Last 4 digits only)*

Venice CA 90291
**City, State, Zip Code**

☐ Sole Holder or Owner    ☐ Tenancy in Common    ☐ Joint Tenancy    ☑ Other: Trust

Percentage of Interest of Surety %100
Present Fair Market Value of Property $ 3,300,000.00 *(supporting documentation attached)*
Total Amount of Encumbrances and/or All Liens $ 0.00 *(list below separately)*

**Name of Holder of 1st Encumbrance**    Address, City, State, Zip Code

**Name of Holder of 2nd Encumbrance**    Address, City, State, Zip Code

**Name of Holder of 3rd Encumbrance**    Address, City, State, Zip Code

Total Equity $ 3,300,000.00 *(after deduction of encumbrance/liens)*
Homesteaders ☐ Yes ☑ No Exemption Filed?
Amount of Exemption $ N/A

0
**Number of other bonds or undertakings**

N/A
**Amount of other bonds or undertakings**

Has the indicated property previously been *USED* as collateral? ☐ Yes ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes    ☐ No.    If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this   29th   Day of October   2024

**Signature of Surety**
*Jodie Evans, Trustee of the Jodie Evans Living Trust created under Declaration of Trust dated 2/1/08*

Friend of Defendant
**Relationship of Surety**

**Signature of Surety**

**Relationship of Surety**

Above Surety Approved: _____
United States Magistrate Judge
Margo A. Rocconi

Dated: 11/26/24

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation    ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____    _____
**Assistant U.S. Attorney**

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**