Recommend: ☒ Approval ☐ Disapproval
(*if disapproval is checked, please complete the bottom of page 2*)

☒ Sufficient amount of equity
☒ Lot Book Report confirming title (*dated on or after date on which surety recorded Deed of Trust*)
☒ Property Appraisal (*assessed value or signed written appraisal of current market value*)
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On ___11/12/2024___          ___x2429___
       *Date*                    *Extension*

By: ___Nisha Chandran___
       *Assistant U.S. Attorney*

Signature: _____

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | MJ24-6166 |
| v. | |
| Ibrahim Ameen Alhusseini | |
| DEFENDANT(S). | **AFFIDAVIT OF SURETY(IES) (PROPERTY)** |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in 1672 San Lily Dr Golden CO 80401 (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 125,000.00 ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

Address and description of property:  1672 San Lily Dr Golden CO 80401
LOT 51 GENESEE FILING NO. 2, AMENDMENT NO. 1,
COUNTY OF JEFERSON,STATE OF COLORADO
APN:131700 ALTERNATE APN: 40-193-03-011

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

Julie Preger

_____
Print Name of Surety

X X X - X X - 2 2 4 3
Social Security Number *(Last 4 digits only)*

1672 San Lily Dr
_____
Address of Surety

Golden CO 80401
_____
City, State, Zip Code

☑ Sole Holder or Owner     ☐ Tenancy in Common     ☐ Joint Tenancy     ☐ Other: _____

Percentage of
Interest of Surety %100

Present Fair Market
Value of Property $ 1,655,000.00
*(supporting documentation attached)*

Total Amount of
Encumbrances and/or All Liens $500,000.00
*(list below separately)*

AMG National Trust Bank(LOC)
Name of Holder of 1st Encumbrance

1155 Canyon Blvd #310 Boulder CO 80302
Address, City, State, Zip Code

_____
Name of Holder of 2nd Encumbrance

_____
Address, City, State, Zip Code

_____
Name of Holder of 3rd Encumbrance

_____
Address, City, State, Zip Code

Total Equity $ 1,155,000.00
*(after deduction of encumbrance/liens)*

Homesteaders  ☐ Yes  ☑ No
Exemption Filed?

Amount of Exemption $ N/A

0
_____
Number of other bonds or undertakings

N/A
_____
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral?  ☐ Yes     ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes     ☐ No.   If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this ____30th____ Day of October _____ 2024 _____.

X _____*Julie Preger*_____
Signature of Surety
        Julie Preger

Friend of Defendant
Relationship of Surety

_____
Signature of Surety

Relationship of Surety
Julie Preger -

this record was acknowledged by me by
Lena Ernestine Montour
Notary Public

Above Surety Approved: _____
United States Magistrate Judge
Margo A. Rocconi

Dated: __11/26/24__

LENA ERNESTINE MONTOUR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104041707
MY COMMISSION EXPIRES NOVEMBER 03, 2026

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation     ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____     _____
                                   Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**