**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-mj-06166-DUTY |
| v. | |
| IBRAHIM AMEEN ALHUSSEINI | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

_____ ☐ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
*Street Address*

_____   _____
*City, State, Zip*   *E-Mail Address*

_____   _____   _____
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of _____

List **all** attorneys from same firm or agency who are withdrawing.

_____

**is hereby** ☐ GRANTED ☐ DENIED

☒ The Court hereby orders that the request of  Aaron S. Dyer (CA Bar #161798), Ronald L. Cheng (CA Bar #138892)

List **all** attorneys from same firm or agency who are withdrawing.

Rebecca M. Lee (CA Bar#312039), Arturo Nava Jr. (CA Bar#349797)

to withdraw as attorney of record for  Ibrahim Ameen Alhusseini

**is hereby** ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  December 11, 2024

*[signature]*  STEVE KIM
U. S. ~~District Judge~~/U.S. Magistrate Judge

G–01 ORDER (02/24)   ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY