JOSEPH T. MCNALLY
Acting United States Attorney
By: BRETT SAGEL (714-338-3598)
NISHA CHANDRAN (213-894-2429)
1100 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

GLENN S. LEON
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER
ADAM L.D. STEMPEL
1400 New York Ave., NW
Washington, DC 20530



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. IBRAHIM AMEEN ALHUSSEINI, DEFENDANT | CASE NUMBER 24-MJ-06166-DUTY ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT |
|---|---|

A Magistrate's Complaint having been filed before the United States Magistrate Alka Sagar in Los Angeles, California, against the above-named defendant, charging violation of Title 15, United States Code, Sections 78j(b), 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5, the Acting United States Attorney having moved for a dismissal of the complaint by the presentment of this Order,

//
//
//

1

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant IBRAHIM AMEEN ALHUSSEINI only without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: 1/22/2025

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
NISHA CHANDRAN
Assistant United States Attorney

**Complaint Filed: October 8, 2024**

**Is the person in custody?**
YES ☐
NO ☒